IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 16-CV-20958-GAYLES/TURNOFF

JOSHUA GUZMAN,

Plaintiff,

vs.

CARNIVAL CORPORATION,

Defendant.
_________________________________/

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Order of this Court and consistent with the Local Rules of the United States District Court for the Southern District of Florida and the Federal Rules of Civil Procedure, the parties advise the Court that: .

**IT IS STIPULATED** by and between the Plaintiff, JOSHUA GUZMAN, and Defendant, CARNIVAL CORPORATION, that all the claims and causes of action between or among the parties have been amicably resolved, and that all the claims and causes of action between or among the above parties are hereby dismissed with prejudice, each party to bear its own costs and fees.

DATED this_28th______day of___ _*December*__________________, 2016.

ANGELA ARANGO-CHAFFIN, ESQ.
Fla. Bar No. 87919
Attorney for Plaintiff
90 Alton Road – Suite 2704
Miami Beach, Florida 33139
Tel: (713) 818-2515
Fax: (713) 952-5972

By:__*/s/ Angela Arango-Chaffin*___________
ANGELA ARANGO-CHAFFIN, ESQ.
Fla. Bar No. 87919

OF COUNSEL:
ROBERT A. CHAFFIN, ESQ.
The Chaffin Law Firm
4265 San Felipe – Suite 1020
Houston, Texas 77027
Tel: (713) 528-1000
Fax: (713) 952-5972

By_*/s/ Robert A. Chaffin*_______________
ROBERT A. CHAFFIN, ESQ.

J. MICHAEL MAGEE, ESQ.
Fla. Bar No. 739642
CARNIVAL CRUISE LINE
Attorney for Defendant
3655 N.W. 87th Avenue
Miami, Florida 33178
Direct Line: (305) 406-5453
Dedicated Judge's Phone: (305) 406-5399
(For Judges Only)
Asst. Maria Rodriguez (305) 599-2600 x 18026
Tel. No. (305) 599-2600 – Legal Services Dept.
Facsimile: (305) 406-4732

By__*/s/ J. Michael Magee*_____________________
J. MICHAEL MAGEE, ESQ.
Fla. Bar No. 739642